IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Criminal No. **07-30053-GPM** |
| ) | |
| **ALEXANDER WILLIAMS,** ) | |
| ) | |
| Defendant. ) | |

### ORDER

**PROUD, Magistrate Judge:**

Defendant Williams appeared on June 25, 2007, represented by counsel. Williams orally moved to amend the conditions of his pretrial release and bond to permit him to travel to Mississippi to visit his family prior to sentencing. The Government did not object.

**IT IS THEREFORE ORDERED** that defendant Williams' motion to amend the conditions of his pretrial release and bond is **GRANTED**. Williams shall be permitted to travel to Mississippi prior to his sentencing. Prior to departing the Southern District of Illinois for Mississippi, Williams shall report to his Pretrial Services Officer. Williams shall comply with any additional directives issued by his Pretrial Services Officer relative to reporting while in Mississippi, and Williams shall report to his Pretrial Services Officer upon his return to the Southern District of Illinois.

**IT IS SO ORDERED.**

**DATED: June 25, 2007**

s/ Clifford J. Proud
**CLIFFORD J. PROUD**
**U. S. MAGISTRATE JUDGE**